Howard E. Cole, Bar No. 4950
HCole@lewisroca.com
Jennifer K. Hostetler, Bar No. 11994
JHostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel: 904.398-3911
Fax: 904.348-5894
*Will comply with LR IA 11-2 within 14 days

Attorneys for Defendant Chromalloy Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARCI WELCH, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>CHROMALLOY NEVADA, business entity unknown; RAMON PERROT, an individual, an individual, and DOES I-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>              Defendants. | Case No. _____<br><br>**DEFENDANT CHROMALLOY NEVADA'S NOTICE OF REMOVAL OF CIVIL ACTION** |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Chromalloy Nevada ("Chromalloy") respectfully submits this Notice of Removal of Civil Action from the First Judicial District Court in and for Carson City County, Nevada to the United States District Court for the District of Nevada. In support of this Notice of Removal, Chromalloy states:

113892253.2

1    1.    Plaintiff Marci Welch ("Plaintiff") filed a civil action against Chromalloy, among

2    others, on or about March 3, 2021 with the First Judicial District Court in and for Carson City

3    County, Nevada, styled *Marci Welch vs. Chromalloy Nevada, et al.*, Case No. 21-TRT-00015 1B

4    (the "State Court Action").

5    2.    Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings,

6    and orders from the State Court Action served upon Chromalloy are attached hereto collectively as

7    "Exhibit A". To the best of Chromalloy's knowledge, no other process, pleadings, or orders have

8    been served upon Chromalloy in the State Court Action.

9    3.    This Notice of Removal is appropriate under 28 U.S.C. §§ 1331 and 1441(a), which

10   provide that an action shall be removable if the Federal court has original jurisdiction over the

11   subject matter of the Complaint. Original jurisdiction arises under circumstances where the

12   controversy in the civil action involves a "federal question." 28 U.S.C. § 1331.

13   4.    This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §

14   1331 since Plaintiff has asserted claims of gender discrimination/sexual harassment and

15   constructive discharge in violation of Title VII of the Civil Rights Act of 1964, as amended, 42

16   U.S.C. §§ 2000e, *et seq.* ("Title VII"). Thus, this Court has original jurisdiction over the allegations

17   in Plaintiff's Complaint under 28 U.S.C. § 1331 and the action is removable pursuant to the

18   provisions of 28 U.S.C. §§ 1441 and 1446.

19   5.    Supplemental jurisdiction of Plaintiff's remaining state law claims is proper under

20   28 U.S.C. § 1367(a) as these claims are "so related to claims in the action within [the Court's]

21   original jurisdiction that they form part of the same case or controversy." Specifically, Plaintiff's

22   claims for gender discrimination/sexual harassment and constructive discharge under NRS §§

23   613.310 – 613.435, intentional infliction of emotional distress, battery, and negligent hiring,

24   supervision, training, and retention are all based upon the same facts giving rise to her claims under

25   Title VII.

26   6.    Venue is proper in this Court pursuant to 28 U.S.C. 1441(a) because the United

27   States District Court for the District of Nevada embraces the place where the State Court Action is

28   pending.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

1    7.    Chromalloy was served in this action on or about March 4, 2021. Therefore, this

2  Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), *i.e.*, within 30 days of Plaintiff's

3  service of the Complaint upon Chromalloy in the State Court Action.

4    8.    Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the service of this Notice

5  of Removal, Chromalloy is filing a Notice of Filing Notice of Removal in the State Court Action,

6  a copy of which is attached as "Exhibit B",[1]  and is serving a copy of that Notice of Filing upon

7  Plaintiff's counsel.

8    9.    Chromalloy does not, by filing this Notice of Removal, waive any defenses that may

9  be available to it in this action.

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

---

[1] Exhibit 1 to Chromalloy's Notice of Filing Notice of Removal of Civil Action is not included since it is a copy of this document.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

WHEREFORE, Defendant Chromalloy Nevada respectfully requests that this action, now pending in the First Judicial District Court in and for Carson City County, Nevada, be removed therefrom to this Court and that further proceedings in this action be conducted in this Court as provided by law.

DATED this 23rd day of March 2021.       LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:  _____ */ s / Jennifer K. Hostetler_____

Howard E. Cole, Bar No. 4950
HCole@lewisroca.com
Jennifer K. Hostetler, Bar No. 11994
JHostetler@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

and

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL  32207
Tel.: 904.398.3911
Fax: 904.348.5894
*Will comply with LR IA 11-2 within 14
  days

Attorneys for Defendant Chromalloy Nevada

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I caused a true and accurate copy of the foregoing document entitled **DEFENDANT CHROMALLOY NEVADA'S NOTICE OF REMOVAL OF CIVIL ACTION** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel, including:

Burke Huber, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Burke@richardharrislaw.com

Attorney for Plaintiff

By:   / s / Dana Provost
An Employee of Lewis Roca
Rothgerber Christie LLP