Howard E. Cole, Bar No. 4950
HCole@lewisroca.com
Jennifer K. Hostetler, Bar No. 11994
JHostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
Fax: 702.949.8398

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL  32207
Tel: 904.398-3911
Fax: 904.348-5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARCI WELCH, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHROMALLOY NEVADA, business entity unknown; RAMON PERROT, an individual, an individual, and DOES I-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00135-HDM-WGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Marci Welch and Defendant Chromalloy Nevada hereby advise the Court that the parties have reached an agreement to settle the above styled action in its entirety. The parties will promptly prepare all paperwork necessary to effectuate a dismissal of this action with prejudice. Accordingly, the parties respectfully request that the Court vacate all currently set

114658942.1

deadlines and obligations.

DATED this 8th day of June 2021.

RICHARD A. HARRIS LAW FIRM

By: /s/ Burke Huber
    Burke Huber, Bar No. 10902
    burke@richardharrislaw.com
    801 South Fourth Street
    Las Vegas, NV  89101
    Tel.: 714.392.9555
    Fax: 702.444.4455

Attorney for Plaintiff

DATED this 8th day of June 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:    /s/ Howard E. Cole
    Howard E. Cole, Bar No. 4950
    HCole@lewisroca.com
    Jennifer K. Hostetler, Bar No. 11994
    JHostetler@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

and

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL  32207
Tel.: 904.398.3911
Fax: 904.348.5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

114658942.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I caused a true and accurate copy of the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel, including:

Burke Huber, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
burke@richardharrislaw.com

Attorney for Plaintiff

By: /s/ Dana K. Provost
An Employee of Lewis Roca
Rothgerber Christie LLP

114658942.1