Howard E. Cole, Bar No. 4950
HCole@lewisroca.com
Jennifer K. Hostetler, Bar No. 11994
JHostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel: 904.398-3911
Fax: 904.348-5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARCI WELCH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CHROMALLOY NEVADA, business entity unknown; RAMON PERROT, an individual, an individual, and DOES I-20, inclusive; ROE CORPORATIONS 1-20, inclusive, <br><br> Defendants. | Case No. 3:21-cv-00135-HDM-WGC <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 6(b) and LR 7-2, Plaintiff Marci Welch and Defendant Chromalloy Nevada (collectively, the "Parties") jointly move for entry of an Order briefly extending the Parties' deadline to file a stipulation of dismissal in the above-styled action. As grounds, the Parties state:

/ / /

114857681.1

1.       On June 8, 2021, the Parties filed a Joint Notice of Settlement (ECF No. 21) concerning the above matter.

2.       On June 9, 2021, this Court entered an Order (ECF No. 22) directing the Parties to file a stipulation dismissing this case by June 30, 2021.

3.       The Parties have worked toward having all necessary documents completed by the current June 30 deadline; however, because of the undersigned counsel's litigation schedules, additional time is needed for the Parties to complete that process.

4.       Accordingly, the Parties request a brief extension of time, up to and including July 14, 2021, to file the requisite stipulation of dismissal.

5.       This Joint Motion is being brought in good faith and not for purposes of delay, and neither of the Parties will be prejudiced by the requested extension of time.

WHEREFORE, the Parties respectfully request an extension, up to and including July 14, 2021, to finalize the Parties' settlement and file their stipulation of dismissal of this action in its entirety.

## **MEMORANDUM OF LAW**

Pursuant to LR 7-2(a), the Parties submit this Memorandum of Law in support of the foregoing Joint Motion. Under Fed. R. Civ. P. Rule 6(b)(1), a court may extend the time to perform an act if a request is made before the original time expires, provided, however, that good cause is shown. The instance circumstances constitute good cause. The Parties have been working diligently preparing and finalizing the necessary settlement papers and file the requisite stipulation of dismissal, but additional time is needed because of the undersigned's respective litigation

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

114857681.1

schedules. Accordingly, the Parties respectfully request up to and including July 14, 2021 to file a stipulation of dismissal concerning this action.

DATED this 30th day of June 2021.

RICHARD A. HARRIS LAW FIRM

By: */s/ Burke Huber*
    Burke Huber, Bar No. 10902
    burke@richardharrislaw.com
    801 South Fourth Street
    Las Vegas, NV 89101
    Tel.: 714.392.9555
    Fax: 702.444.4455

Attorney for Plaintiff

DATED this 30th day of June 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Howard E. Cole*
    Howard E. Cole, Bar No. 4950
    HCole@lewisroca.com
    Jennifer K. Hostetler, Bar No. 11994
    JHostetler@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

and

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel.: 904.398.3911
Fax: 904.348.5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

IT IS SO ORDERED.

Dated: July 1, 2021

_____
UNITED STATES MAGISTRATE JUDGE

114857681.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I caused a true and accurate copy of the foregoing document entitled **JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel, including:

Burke Huber, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
burke@richardharrislaw.com

Attorney for Plaintiff

By: */s/ Dana K. Provost*
An Employee of Lewis Roca
Rothgerber Christie LLP

- 4 -

114857681.1