Howard E. Cole, Bar No. 4950
HCole@lewisroca.com
Jennifer K. Hostetler, Bar No. 11994
JHostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
Fax: 702.949.8398

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL  32207
Tel: 904.398-3911
Fax: 904.348-5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARCI WELCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHROMALLOY NEVADA, business entity unknown; RAMON PERROT, an individual, an individual, and DOES I-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00135-HDM-WGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Minute Order dated June 9, 2021 (ECF. 22), Plaintiff Marci Welch and Defendant Chromalloy Nevada hereby stipulate to

/ / /

/ / /

/ / /

114992971.1

dismissal of the above-styled action in its entirety with prejudice.

DATED this 14th day of July 2021.

RICHARD A. HARRIS LAW FIRM

By: /s/ Burke Huber
   Burke Huber, Bar No. 10902
   burke@richardharrislaw.com
   801 South Fourth Street
   Las Vegas, NV 89101
   Tel.: 714.392.9555
   Fax: 702.444.4455

Attorney for Plaintiff

DATED this 14th day of July 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Howard E. Cole
   Howard E. Cole, Bar No. 4950
   HCole@lewisroca.com
   Jennifer K. Hostetler, Bar No. 11994
   JHostetler@lewisroca.com
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
   Tel.: 702.949.8200
   Fax: 702.949.8398

and

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel.: 904.398.3911
Fax: 904.348.5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I caused a true and accurate copy of the foregoing document entitled **STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel, including:

> Burke Huber, Esq.
> Richard Harris Law Firm
> 801 South Fourth Street
> Las Vegas, NV 89101
> burke@richardharrislaw.com
>
> Attorney for Plaintiff

By:  / s / Dana K. Provost
     An Employee of Lewis Roca
     Rothgerber Christie LLP

- 3 -

114992971.1