1  Howard E. Cole, Bar No. 4950
   HCole@lewisroca.com
2  Jennifer K. Hostetler, Bar No. 11994
   JHostetler@lewisroca.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV  89169
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  Robert G. Riegel, Jr.*
   Florida Bar No. 0352759
7  rriegel@rtlaw.com
   Michael J. Lufkin*
8  Florida Bar No. 0030492
9  mlufkin@rtlaw.com
   ROGERS TOWERS, P.A.
10 1301 Riverplace Boulevard, Suite 1500
   Jacksonville, FL  32207
11 Tel: 904.398-3911
   Fax: 904.348-5894
12 *Admitted Pro Hac Vice

13 Attorneys for Defendant Chromalloy Nevada

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCI WELCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHROMALLOY NEVADA, business entity unknown; RAMON PERROT, an individual, an individual, and DOES I-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00135-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Minute Order dated June 9, 2021 (ECF. 22), Plaintiff Marci Welch and Defendant Chromalloy Nevada hereby stipulate to

/ / /

/ / /

/ / /

114992971.1

dismissal of the above-styled action in its entirety with prejudice.

DATED this 14th day of July 2021.

RICHARD A. HARRIS LAW FIRM

By: /s/ Burke Huber
    Burke Huber, Bar No. 10902
    burke@richardharrislaw.com
    801 South Fourth Street
    Las Vegas, NV 89101
    Tel.: 714.392.9555
    Fax: 702.444.4455

Attorney for Plaintiff

DATED this 14th day of July 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Howard E. Cole
    Howard E. Cole, Bar No. 4950
    HCole@lewisroca.com
    Jennifer K. Hostetler, Bar No. 11994
    JHostetler@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

and

Robert G. Riegel, Jr.*
Florida Bar No. 0352759
rriegel@rtlaw.com
Michael J. Lufkin*
Florida Bar No. 0030492
mlufkin@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Tel.: 904.398.3911
Fax: 904.348.5894
*Admitted Pro Hac Vice

Attorneys for Defendant Chromalloy Nevada

IT IS SO ORDERED.

Dated this 15th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

114992971.1